UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan
■ NINETEENTH _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: LUZ MARINA GOMEZ     JOINT DEBTOR: _____     CASE NO.: 15-28137-RAM
SS#: xxx-xx- 3276     SS#: xxx-xx-_____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,548.85     for months   1   to   4   ;
2. $2,586.23     for months   5   to   11  ;
3. $4,387.00     for months  12   to   23  ;
4. $4,433.34     for months  24   to   59  ;
5. $587.14       for months  60   to ____ ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE     ☐ PRO BONO

| Total Fees: $6000.00 | Total Paid: $2000.00 | Balance Due: $4000.00 |
|---|---|---|
| Payable $363.64 /month (Months 1 to 11) | | |
| Allowed fees under LR 2016-l(B)(2) are itemized below: | | |
| Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation. | | |
| Total Fees: $2500.00 | Total Paid: $1500.00 | Balance Due: $1000.00 |
| Payable $90.91 /month (Months 1 to 11) | | |
| Allowed fees under LR 2016-l(B)(2) are itemized below: | | |
| Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation. | | |

## III. TREATMENT OF SECURED CLAIMS

LF-31 (rev. 10/1/17)                Page 1 of 4

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: WELLS FARGO

   Address: Wells Fargo Bank, N.A.
   Attention: Payment Processing
   MAC# X2302-04C
   1 Home Campus
   Des Moines IA 50328

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $79,848.07 | |
   | Arrears Payment (Cure) | $13.58 | /month (Months 1 to 11) |
   | Arrears Payment (Cure) | $1,660.39 | /month (Months 12 to 59) |
   | Regular Payment (Maintain) | $1,159.74 | /month (Months 1 to 59) |

   Last 4 Digits of Account No.: 7806

   Other: _____

   ■ Real Property
      ■ Principal Residence
      ☐ Other Real Property

   Check one below for Real Property:
      ☐ Escrow is included in the regular payments
      ■ The debtor(s) will pay ■ taxes ■ insurance directly

   Address of Collateral:
   3610 Yacht Club Dr.,
   #901
   Aventura, FL 33180

   ☐ Personal Property/Vehicle

   Description of Collateral: _____

2. Creditor: PORTS VIEW AT WATERWAYS CONDOMINIUM ASSOCIATION

   Address: Attn: Charles F. Otto, PA
   2699 Stirling Rd.
   Ste C-207
   Ft. Lauderdale, FL 33312

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $0.00 | |
   | Regular Payment (Maintain) | $666.10 | /month (Months 1 to 4) |
   | Regular Payment (Maintain) | $699.74 | /month (Months 5 to 23) |
   | Regular Payment (Maintain) | $741.45 | /month (Months 24 to 59) |

   Last 4 Digits of Account No.: 0901

   Other: _____

   ■ Real Property
      ■ Principal Residence
      ☐ Other Real Property

   Check one below for Real Property:
      ☐ Escrow is included in the regular payments
      ■ The debtor(s) will pay ■ taxes ■ insurance directly

   Address of Collateral:
   3610 Yacht Club Dr.
   #901
   Aventura, FL 33180

   ☐ Personal Property/Vehicle

   Description of Collateral: _____

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☐ NONE

| 1. Creditor: PORT VIEW AT WATERWAYS CONDOMINIUM ASSOCIATION | Value of Collateral: $0.00 | **Payment** |
|---|---|---|
| Address: Attn: Charles F. Otto, PA<br>2699 Stirling Rd.<br>Ste C-207<br>Ft. Lauderdale, FL 33312 | Amount of Creditor's Lien: $0.00<br>Interest Rate: 0.00%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>☐ taxes  ☐ insurance directly | Total paid in plan: $0.00<br><br>$0.00 /month (Months ___ to ___) |
| Last 4 Digits of Account No.: 0901 | | |
| Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>3610 Yacht Club Dr.<br>#901<br>Aventura, FL 33180 | | |

    **2. VEHICLES(S):** ■ NONE

    **3. PERSONAL PROPERTY:** ■ NONE

  **C. LIEN AVOIDANCE** ■ NONE

  **D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

    ■ NONE

  **E. DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

    ■ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

  **B. INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: | $20,982.92 | Total Payment | $20,993.07 |
|---|---|---|---|
| Payable: | $428.43 | /month (Months 12 to 60 ) | |

  **C. DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE     **D. OTHER:**

■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  **A.** Pay $100.00 /month (Months 60 to ___ )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  **C. SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ■ NONE

**VII. INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**VIII.    NON-STANDARD PLAN PROVISIONS** ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

SECTION II, MONTHLY PLAN PAYMENT: 1. Begins November 13, 2015, 2. Begins March 13, 2016, 3. Begins October 13, 2016, 4. Begins October 13, 2017  5. Begins October 13, 2020.

Secured Creditors holding liens on properties subject to cramdown shall issue a Satisfaction of Mortgage upon this Court's entry of debtor's Discharge in this Chapter 13 Plan.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Luz Marina Gomez | Debtor | November 2, 2017 | | Joint Debtor | |
|---|---|---|---|---|---|
| LUZ MARINA GOMEZ | | Date | | | Date |

/s/ Michael A. Frank, Esquire        November 2, 2017
Attorney with permission to sign on        Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**